1   LAURA KRANK
    ATTORNEY AT LAW:  220208
    LAW OFFICES OF ROHLFING & KALAGIAN
2   211 EAST OCEAN BLVD., SUITE 420
    LONG BEACH, CA 90802
3   562/437-7006
    FAX:  562/432-2935
4   Email:  lekrank@hotmail.com

5   ATTORNEYS FOR PLAINTIFF

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                      **WESTERN DIVISION**

11
    DAVID VALADEZ,                          ) Case No.: CV 07-5333 PJW
12                                           )
                  Plaintiff,                 ) ORDER AWARDING EQUAL
13                                           ) ACCESS TO JUSTICE ACT
          vs.                                ) ATTORNEY FEES PURSUANT TO
14   MICHAEL J. ASTRUE,                      ) 28 U.S.C. § 2412(d)
     Commissioner of Social Security,        )
15                                           )
                  Defendant.                 )
16   _____)

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20   Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the

21   amount of FOUR THOUSAND DOLLARS ($4,000.00), as authorized by 28

22   U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.
     DATE:

23     1/9/09              *Patrick J. Walsh*
                           _____
24                         THE HONORABLE PATRICK J. WALSH
                           UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-